UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAIME GENTRY, as Mother and**
**Natural Guardian of RG,**

    Plaintiff,

vs.                                                 Case No: 6:20-cv-2318-WWB-GJK

**PC 11241 WEST COLONIAL DRIVE**
**OWNER, LLC, a Florida Limited**
**Liability Company,**
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Jaime Gentry, as Mother and Natural Guardian of RG, Individually, by and through her undersigned attorneys and informs the Court that the matter has been amicably settled between the Parties, subject to the final execution of the settlement documents, and hereby requests:

1. The Plaintiff requests that pursuant to a Court Order, that the case be dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a Joint Stipulation for Dismissal With Prejudice, or, on good cause shown, to re-open the case for further proceedings.

                                                      Respectfully Submitted,

                                                      **/s/John P. Fuller**
                                                      John P. Fuller, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **3rd** day of **March. 2021**, a true and correct copy of the foregoing was filed with the Clerk of the Court via the Court's CM/ECF System, which will automatically send a Notice of Electronic Filing to Attorneys for Defendant, Pamela A. Chamberlin, Esq., pchamberlin@mitrani.com, Mitrani, Rynor, Adamsky & Toland, P.A., 301 Arthur Godfrey Road, Penthouse, Miami Beach, FL  33140.

    Respectfully submitted,

**/s/John P. Fuller**
John P. Fuller, Esq.
Fuller, Fuller & Associates, P.A.
FL Bar No. 0276847
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone (305) 891-5199
Facsimile  (305) 893-9505
jpf@fullerfuller.com
*Attorneys for Plaintiff*