# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JAIME GENTRY,

        Plaintiff,

v.                                                  Case No: 6:20-cv-2318-WWB-GJK

PC 11241 WEST COLONIAL DRIVE
OWNER, LLC,

        Defendant.

## ORDER

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled. (Doc. 22 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED without prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. **However, any underlying settlement agreements are legally unenforceable**. Fla. Stat. § 744.387(3)(a). All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on March 8, 2021.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record